SCHWERY, Appellant, vs. INDUSTRIAL COMMISSION and others, Respondents.

For the appellant: *C. A. Tennessen* of Kenosha.

For the respondents: The *Attorney General, Mortimer Levitan,* assistant attorney general, and *Riley & Ohm* of Madison.

*By the Court.*—Judgment affirmed.